IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYNNE PARK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNUM LIFE INSURANCE CO. OF AMERICA | : | NO.  02-3185 |

**ORDER**

AND NOW, this 21st day of October, 2002, it is **ORDERED** that the Fed.R.Civ.P. 16 pretrial

conference scheduled for MONDAY, OCTOBER 28, 2002, at **11:00 A.M.**, in Chambers, Room 10614,

United States Courthouse, 601 Market Street, Philadelphia, PA.

ATTEST:                          or       BY THE COURT:

                                          /s/ Norma L. Shapiro, S.J.
_____          _____
Madeline F. Ward, Deputy Clerk           Norma L. Shapiro, S.J.